In the Matter of CHARLES MCALLISTER, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent.

Submitted November 5, 2007; decided November 19, 2007

Reported below, 42 AD3d 765.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

MELANIE L. MCCULLEY et al., Appellants, v SCOTT C. SANDWICK, Respondent.

Submitted November 5, 2007; decided November 19, 2007

Reported below, 43 AD3d 624.

Appeal, insofar as taken from that portion of the Appellate Division order that affirmed the denial of appellants' CPLR 4404 postjudgment motion, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (*see* CPLR 5601 [a]; Karger, Powers of the New York Court of Appeals § 14:3, at 501 [rev 3d ed]).

---

JOAN MESSNER, Appellant, v 112 EAST 83RD STREET TENANTS CORP. et al., Respondents.

Submitted September 24, 2007; decided November 19, 2007

Reported below, 42 AD3d 356.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.